IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED
DEC - 1 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:16mj223 |
| vs. ) | |
| ) | COURT DATE: 14 December 2016 |
| TIFFANY J. JONES ) | |

## CRIMINAL INFORMATION

### CHARGE ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about 2 November 2016, at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, TIFFANY J. JONES, did knowingly and intentionally steal a S7 edge Alpha Glass cellphone protector, items being the property of the Langley Air Force Base Army Air Force Exchange Service, a department or agency of the United States, with a total amount less than $1,000. (In violation of Title 18, United States Code, Section 641).

### CHARGE TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about 2 November 2016 at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, Tiffany J. Jones, did willfully violate a defense property security regulation, to wit: Air Force Instruction 31-101, paragraph 8.12.2.3, by transporting a firearm onto a Langley Air Force Base. (In violation of Title 50, United States Code, Section 797.)

DANA J. BOENTE
United States Attorney

BY: *[signature]*
Sara J. Cotton
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4039
Fax: (757) 591-0866
Email: sara.cotton@us.af.mil

CERTIFICATE OF SERVICE

I, Sara J. Cotton, hereby certify that on 30 November 2016, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, Tiffany J. Jones.

DANA J. BOENTE
United States Attorney

BY: _____
Sara J. Cotton
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4039
Fax: (757) 591-0866
Email: joshua.joyce.8@us.af.mil